IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| Jack Sweet, et al | | |
|---|---|---|
| | Plaintiff(s), | |
| vs. | | Case No.: 21-cv-00358-TCK-JFJ |
| Bed Bath & Beyond Inc., et al | | |
| | Defendant(s). | |

**SCHEDULING ORDER**

| | | |
|---|---|---|
| 1. | 3/31/2023 | Discovery Deadline |
| 2. | 8/15/2022 | Motions to Join or Amend |
| 3. | 1/30/2023 | Witness Lists and Proposed Exhibits * |
| 4. | 3/1/2023 | Expert Identification and Reports under FRCP 26(a)(2) * (Plaintiff) |
| 4a. | 3/17/2023 | Expert Identification and Reports under FRCP 26(a)(2) * (Defendant) |
| 5. | 4/14/2023 | Dispositive Motions and Daubert Motions **** |
| 6. | 5/26/2023 | Motions in Limine |
| 7. | 5/26/2023 | Deposition Designations (Filed with deponent name, page and line designation) Videotape/Interrogatory Designations |
| 8. | 6/12/2023 | Counter-Designations (Filed with deponent name, page and line designation) |
| 9. | 8/1/2023 | Pretrial Disclosures under FRCP 26(a)(3) |
| 10. | 8/28/2023 | Transcripts Annotated with Objections ** (Submit in hard copy to the Court) |
| 11. | 8/8/2023 | Pretrial Order, including Final Witness and Exhibit Lists and Objections |
| 12. | 8/28/2023 | Jury Instructions, Voir Dire, Trial Briefs |
| 13. | N/A | Proposed Findings of Fact and Conclusion of Law, Trial Briefs |
| 14. | 8/15/2023 | Pretrial Conference at 1:30 p.m. |
| 15. | 9/18/2023 | Trial Date: [X] Jury at 9:30 a.m.   [] Non-Jury at 9:30 a.m. *** |
| 16. | N/A | Settlement Conference requested after _____ |

\* These items are not to be filed of record but are only to be exchanged between counsel.
\*\* Attorney meeting to resolve objections is required before filing objections. *See*  LcvR 30.1(c).
\*\*\* Scheduling conflicts must be resolved in accordance with LGnR4-5 available on the Court's website in the Local Rules section at www.oknd.uscourts.gov.

\*\*\*\* The interval between the dispositive motion and the trial docket is relatively inflexible. An extension of time to file or respond to a motion for summary judgement will likely affect the trial setting.

This Order is entered this 18th day of July, 2022.

*Terence Kern*
_____
Terence Kern, U.S. District Judge